```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

| | |
|---|---|
| **EDDIE WRIGHT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | No. 2:24-cv-02310-SHM-cgc |
| ) | |
| **RGU CORPORATION, et al.** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER DENYING JOINT MOTION FOR A SCHEDULING CONFERENCE; ORDERING PARTIES TO SUBMIT PROPOSED SCHEDULING ORDER PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 16.2(b)(4)**

Before the Court is the parties' Joint Motion for a Scheduling Conference, filed July 9, 2024. (ECF No. 12.) Pursuant to Local Rule 16.2(b)(4), the parties are directed to schedule a Rule 26(f) Conference, produce a proposed scheduling order, and submit the order to the Court. The proposed order must be comply with the standards in the appendices to the local rules. The Joint Motion is DENIED. When the Court receives a proposed order, it will issue a setting letter establishing the date for a scheduling conference.

SO ORDERED this 11th day of July, 2024.

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE